Big Time Toys.



http://www.bigtimetoys.com/ 9/10/2013

Big Time Toys.



http://www.bigtimetoys.com/ 9/10/2013

Big Time Toys.



http://www.bigtimetoys.com/ 9/10/2013