

Big Time Toys.

Page 1 of 1

| Toys | Partners | Company | Contact |

**The Amazing Live Sea-Monkeys®**

The World's Only Instant Pets!®

Like us on Facebook!

Return to Toy Gallery