

Big Time Toys.

