UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| **TRANSCIENCE CORPORATION &** | ) Civil Action No. 13 CV 6642 |
| **YOLANDA VON BRAUNHUT** | ) |
| **(individual),** | ) |
| | ) |
| **Plaintiffs,** | ) **AFFIDAVIT OF** |
| **-against-** | ) **JOHN A. STONE, ESQ.** |
| | ) |
| **BIG TIME TOYS, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

------------------------------------------------------------x

STATE OF New Jersey      )
                         ) ss:
COUNTY OF Bergen         )

I, **JOHN A. STONE, ESQ.**, being duly sworn, deposes and says:

1.   I am an attorney-at-law of the States of New York and New Jersey with the law firm of DeCotiis, FitzPatrick & Cole, LLP, counsel for defendant, Big Time Toys, LLC, and make this Affidavit based on personal knowledge.

2.   Attached hereto as Exhibit A is a copy of the Complaint in this matter.

3.   Attached hereto as Exhibit B is a copy of the Amended Complaint in this matter.

_____
JOHN A. STONE

1                                        1650422v1

Dated:   February 18, 2014

Sworn to and subscribed before
me this _18th_ day of February 2014.

Notary Public of the
State of

**Millie Diaz**
**Notary Public New Jersey**
**My Commission Expires March 26, 2018**

1650422v1