UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

TRANSCIENCE CORPORATION &
YOLANDA VON BRAUNHUT (individual)
         Plaintiffs

   -against-

BIG TIME TOYS, LLC
         Defendant.

---------------------------------------------------------x

Index No.: 13 CV 6642

**Notice of Motion for**
**Preliminary Injunctive Relief**

   **PLEASE TAKE NOTICE** that the undersigned counsel for Plaintiffs Transcience Corporation & Yolanda von Braunhut shall move before the above named Court for an Order granting preliminary injunctive relief.

   **PLEASE TAKE FURTHER NOTICE** that in support of this application Plaintiffs will rely upon the accompanying Affidavit of William Timmons, Esq. and the Memorandum of Points and Authorities with supporting Exhibits submitted herewith.

Executed on February 18, 2014

By: _/s/ William Timmons_
William Timmons, Esq.
25 Candee Avenue
Sayville, New York 11782
(631) 750-5980

Attorneys for Plaintiffs Transcience Corporation & Yolanda von Braunhut