UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| TRANSCIENCE CORPORATION & YOLANDA VON BRAUNHUT (individual), | ) Civil Action No. 13 CV 6642 ) ) ) |
| Plaintiffs, | ) AFFIDAVIT OF |
| -against- | ) JOHN A. STONE, ESQ. ) |
| BIG TIME TOYS, LLC, | ) ) |
| Defendant. | ) |

---------------------------------------------------------------x

STATE OF New Jersey     )
                        ) ss:
COUNTY OF Bergen        )

I, **JOHN A. STONE, ESQ.**, being duly sworn, deposes and says:

1. I am an attorney-at-law of the States of New York and New Jersey with the law firm of DeCotiis, FitzPatrick & Cole, LLP, counsel for defendant, Big Time Toys, LLC, and make this Affidavit based on personal knowledge.

2. Attached hereto as Exhibit A is a copy of the Complaint in this matter.

3. Attached hereto as Exhibit B is a copy of the Amended Complaint in this matter.

_____
JOHN A. STONE

Dated:  February 18, 2014

Sworn to and subscribed before
me this  18th  day of February 2014.

_____
Notary Public of the
State of

Millie Diaz
Notary Public New Jersey
My Commission Expires March 26, 2018

1650422v1