# EXHIBIT a

## Affidavit of Yolanda von Braunhut

I, YOLANDA VON BRAUNHUT, declare as follows:

1. My name is **Yolanda von Braunhut**.
2. I reside at 6200 Chapmans Landing Road, Indian Head, MD 20640-3040.
3. I maintain a post office box address at PO Box 809, Byrans Road, MD 20616-0809.
4. I am the individual named as a Plaintiff in the action entitled *Transcience Corporation & Yolanda von Braunhut (individual) v. Big Time Toys, LLC* (Index Number: 13 CV 6642) that is now currently before the Court in the Southern District of New York (**SDNY**).
5. On or about December 6th of the year 2012 I received a phone call from James O'Rourke who I knew to be an officer of the Defendant Big Time Toys, LLC (herein *BTT*).
6. Mr. O'Rourke told me during that phone call that *BTT* would not be making the royalty payment due on December 10, 2012.
7. That royalty payment was due pursuant to written agreement between *BTT* and the Transcience Corporation (herein *Transcience*).
8. I asked Mr. O'Rourke if *BTT* needed more time to pay.
9. Mr. O'Rourke replied with words to the effect of, "No, we just can't continue to pay to you that kind of money".
10. Mr. O'Rourke told me that he had told the CEO of *BTT*, namely Sam Harwell, that he advised Sam "to not throw good money after bad" and that *BTT* should no longer pay its monthly royalty payment obligation to *Transcience*.
11. Mr. O'Rourke further stated words to the effect of, "We could make a new contract, maybe for half of the current amount".
12. I responded with words to the effect of, "I can't do that . . . this is my primary source of income . . . . I am dependent on this money . . . . I depend on this money every month to pay my bills . . . . and . . . . I have people who depend on me to pay them".

Page 1

Affidavit of Yolanda von Braunhut

# Affidavit of Yolanda von Braunhut

13. Mr. O'Rourke stated words to the effect of that, "If *BTT* and *Transcience* cannot work out a new deal that Sam (referencing Sam Harwell the CEO of *BTT*) is prepared to give you back the Sea-Monkeys® business".

14. I declined to agree to change the monetary terms of the contractual agreement between *Transcience* and *BTT*.

15. The entire phone call lasted about 20 minutes.

16. Before entering into the 2007 "License Agreement" between *Transcience* and *BTT* Mr. Harwell, the CEO of *BTT*, visited my residence in Maryland.

17. I told Mr. Harwell that I needed to be assured of 3 things before entering into a contract with a licensee of my company's Sea-Monkeys® product.

18. First, I needed someone who really and truly loved the Sea-Monkeys® product.

19. Second, I would need a promise that George Atamian, (my friend, my husband's friend, a Vice President at *Educational Insights,* and longtime associate of *Transcience* and the Sea-Monkeys® product) would have to be hired by the licensing company.

20. Third, I stated words to the effect of, "I need a good amount of money for this because this is my only source of income".

21. The notion that the pouch payments should somehow be counted as a royalty payment, as discussed in detail in other papers submitted to the Court relating to the case against *BTT*, is preposterous on its face.

22. Both parties and their legal representatives knew then and know now that the pouch payments were, are, and will NOT to be counted as royalty payments.

23. I have now been cut off from my primary source of income for what is now going to be 16 months on March 10th 2014.

24. *BTT* is abundantly aware of my fiscal fragility and is doing everything within its power and control to take advantage of my vulnerability and dependence on my company's Sea-Monkeys® product.

Page 2

Affidavit of Yolanda von Braunhut

# Affidavit of Yolanda Von Braunhut

I declare under penalty of perjury under the laws of the United States of America that the foregoing to the best of my knowledge is true and correct.

Executed this _6th_ day of _MARCH_, 2014

at _BRYANS ROAD, MD 20616_

_Yolanda von Braunhut_                    _March 6, 2014_
Yolanda Von Braunhut                                Date

Sworn to before me this

_6th_ day of _MARCH_, 2014

_Gloria M. Davies_
Notary Public
GLORIA M. DAVIES

**Signature Page**

**Affidavit of Yolanda Von Braunhut**