# Affidavit of Yolanda von Braunhut

I, YOLANDA VON BRAUNHUT, declare as follows:

1. My name is **Yolanda von Braunhut**.
2. I reside at 6200 Chapmans Landing Road, Indian Head, MD 20640-3040.
3. I maintain a post office box address at PO Box 809, Byrans Road, MD 20616-0809.
4. I am the individual named as a Plaintiff in the action entitled *Transcience Corporation & Yolanda von Braunhut (individual) v. Big Time Toys, LLC* (Index Number: 13 CV 6642) that is now currently before the Court in the Southern District of New York (**SDNY**).
5. I am the Chief Executive Officer (**CEO**) of the *Transcience Corporation*.
6. The *Transcience Corporation* is the owner of the US trademarked product named Sea-Monkeys®.
7. A long time customer of the *Transcience Corporation* named Thomas Vaccina informed me that he had happened across Sea-Monkeys® products for sale in a *Hobbytown USA* store located at 3360 Satellite Blvd., STE 14, Duluth, Georgia 30096.
8. The packaging of the Sea-Monkeys® product that he came across contained on it the words "**POUCHES AND POUCH CONTENTS MADE IN CHINA**".
9. I told Mr. Vaccina to purchase 4 items of that same Sea-Monkeys® product.
10. Mr. Vaccina purchased 4 items of the Sea-Monkeys® product "Big Show Projector" on March 28th 2014. (**see Exhibit Aa**)
11. Mr. Vaccina photographed the bottom of the box of the "Big Show Projector" showing the words "**POUCHES AND POUCH CONTENTS MADE IN CHINA**". (**see Exhibit Bb**)
12. Mr. Vaccina subsequently delivered the "Big Show Projector" items that he purchased to me.

## Affidavit of Yolanda von Braunhut

13. The photographs contained in **Exhibit Aa** are an accurate representation of the "Big Show Projector" that I now have in my possession.

14. So far as I am aware the same product in the same packaging is still available for purchase at the aforementioned *Hobbytown USA* store.

15. The Defendant *Big Time Toys, LLC* in the case that is now currently before the Court had previously procured a license (that had been subsequently terminated) to manufacture some of the components of the Sea-Monkeys® product.

16. The Defendant *Big Time Toys, LLC* pursuant to the now terminated agreement between the parties manufactured the water tank and other components of the "Big Show Projector", including the packaging of the product.

17. The *Transcience Corporation* was always responsible for the manufacture of the pouches and pouch contents as detailed within the now terminated agreement between the parties.

18. The *Transcience Corporation* has always manufactured the pouches and pouch contents in the **USA**.

19. The Defendant *Big Time Toys, LLC* **NEVER** had the license, the right, the permission, nor the authority to manufacture the pouches and the pouch contents in China (or anywhere else for that matter) as detailed within the now terminated agreement between the parties.

20. If the words "**POUCHES AND POUCH CONTENTS MADE IN CHINA**", as displayed on the "Big Show Projector" items that I now have in my possession are true, then the Defendant *Big Time Toys, LLC* can be presumed to be illegally counterfeiting the pouches and pouch contents.

21. The words "**POUCHES AND POUCH CONTENTS MADE IN CHINA**" as printed on the box are either untrue or are of a criminal nature.

22. The Defendant *Big Time Toys, LLC* has not purchased additional trade secreted pouches from the *Transcience Corporation* ever since the

Page 2

# Affidavit of Yolanda von Braunhut

Defendant abruptly breached the agreement between the parties in December of 2012.

23. If the Defendant *Big Time Toys, LLC* is counterfeiting the trade secreted pouches, in total obviation of the albeit terminated agreement between the parties, it is likely that irreparable harm will be visited directly upon the Sea-Monkeys® product line.

24. The petition for a preliminary injunction as currently set before the Court had focused on the irreparable harms that are likely to be visited upon the officers of the *Transcience Corporation*.

25. Now, with this newly discovered evidence, the irreparable harm that the Defendant is causing is likely to be visited directly upon the Sea-Monkeys® product line itself.

26. The words **"POUCHES AND POUCH CONTENTS MADE IN CHINA"** as printed on the box are either a false and misleading statement made by the Defendant or are evidence of a counterfeiting operation operated by the Defendant.

27. I need the Court for the sake of the Sea-Monkeys® product line, for the sake of the *Transcience Corporation*, and for the sake of myself to remove the Defendant entirely from the business of Sea-Monkeys®.

28. If a preliminary injunction, or in the alternative, a favorable judgment on the pleadings via consolidation is not GRANTED (affording the requested immediate relief) continuing, unnecessary, unjustifiable, and profound hardship resulting in irreparable harms will be visited directly upon both *Transcience* and myself.

Affidavit of Yolanda von Braunhut

# Affidavit of Yolanda Von Braunhut

I declare under penalty of perjury under the laws of the United States of America that the foregoing to the best of my knowledge is true and correct.

Executed this 9th day of April 2014

at Sayville, New York

_Yolanda von Braunhut_                    4/9/14

Yolanda Von Braunhut                      Date

Sworn to before me this

9th day of April 2014

_Barbara Bonventre_

Notary Public

BARBARA BONVENTRE
Notary Public, State of New York
No. 01BO6047622
Qualified in Suffolk County
Commission Expires Sept. 5, 2014

Signature Page

Affidavit of Yolanda Von Braunhut

# Affidavit of Yolanda Von Bremmen

I declare under penalty of perjury under the laws of the United States of America that the foregoing to the best of my knowledge is true and correct.

Executed this 8th day of April 2014

at Sayville, New York

Date

Yolanda Von Bremmen

Sworn to before me this

8th day of April 2014

Notary Public

BARBARA BONVENTRE
Notary Public, State of New York
No. 01BO6047622
Qualified in Suffolk County
Commission Expires Sept. 5, 20

# EXHIBIT Aa

```
                                    Sales Receipt

                                    HOBBYTOWN USA
                              3360 SATELLITE BLVD STE 14
                                  DULUTH, GA  30096
                                    (770) 418-0850
                                www.hobbytownduluth.com

                           CUSTOMER:

        HOBBYTOWN USA      DATE         TIME         SALES CLERK
   3360 SATELLITE BLVD SUITE 14
        DULUTH, GA 30096   03-28-2014   17:38:28     Samyra H
        (770) 418-0850
                           ==========================================
  Merchant ID: 000051002109 ITEM           DESCRIPTION
                   Ref #: 0056 Type   Qty    Selling HTU Price   Total
                           ------------------------------------------
         Sale
                           TYS66842       BIG SHOW PROJECTOR
  8247                     Sale    1      19.99                  19.99
  DEBIT        Entry Method: Swiped TYS66842       BIG SHOW PROJECTOR
                           Sale    1      19.99                  19.99
                           TYS66842       BIG SHOW PROJECTOR
  Total:            $   118.67 Sale    1      19.99                  19.99
                           TYS66842       BIG SHOW PROJECTOR
  03/28/14              18:40:22 Sale    1      19.99                  19.99
                           MPC790         TITAN ROCKET
  Inv #: 000056   Appr Code: 084953 Sale    1      34.99    31.99      31.99
  Apprvd: Online   Batch#: 000359       SUBTOTAL               $111.95
  Retrieval Ref.#: 408722605930         TAX                      $6.72
  Trace Audit #: 605930                 TOTAL                  $118.67
  Net ID: 470
  Settle Date: 0329          PAYMENTS:
                             DEBIT CARD                        $118.67

           Customer Copy           TOTAL PAYMENT               $118.67
                                   CHANGE DUE                     $.00
       NO RETURNS OR EXCHANGES
         ON OPENED PRODUCT   TRANSACTION # 292407-1-169




                                    Thank You for shopping
                                     at HobbyTown USA !!
                                      Sorry No Refunds.
                                    Keep this receipt for
                                   store credit or exchange
                                     on unopened packages
                                   within 30 days of purchase
```

# EXHIBIT Bb



