UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

TRANSCIENCE &
YOLANDA VON BRAUNHUT (individual)
                              Plaintiffs :   Index No.:

          -against-

                                          2nd AMENDED COMPLAINT

BIG TIME TOYS, LLC
                              Defendant.

---------------------------------------------------------------x

## VERIFICATION PAGE

**YOLANDA VON BRAUNHUT**, being duly sworn, deposes and says:

I am the acting agent of Plaintiff TRANSCIENCE and am the individual named as a Plaintiff in the above-entitled action. I have read the foregoing **2nd Amended Complaint** and know the contents thereof. The contents of such are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

         Executed this 26th day of November, 2014,
         at Sayville, NY

_____          11/26/14
Yolanda von Braunhut                   Date

Sworn to before me this
26th day of November, 2014

_____
WILLIAM TIMMONS, ESQ.
Notary Public, State of New York
No 02TI6201454
Qualified in Suffolk County
Commission Expires March 7, 2017

Page 1