UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

TRANSCIENCE &
YOLANDA VON BRAUNHUT (individual)
                               Plaintiffs

               -against-

BIG TIME TOYS, LLC
                              Defendant.

---------------------------------------------------------x

Index No.:   13-cv-6642

2nd AMENDED COMPLAINT

### DECLARATION OF WILLIAM TIMMONS, ESQ.

STATE OF NEW YORK   )
                           ) s.s:
COUNTY OF SUFFOLK   )

      I, **WILLIAM TIMMONS**, an attorney admitted to practice in the State of New York and in the US federal courts for the Eastern District for the State of New York (EDNY) and for the Southern District for the State of New York (SDNY), under penalty of perjury, hereby declare:

1. I have been retained by Plaintiffs TRANSCIENCE & YOLANDA VON BRAUNHUT. I submit this **2nd Amended Complaint**. I know the facts testified to in this **2nd Amended Complaint** to be true based on my personal knowledge and a review of the documentation.
2. To the best of my knowledge, information, and belief formed after an inquiry reasonable under the circumstances the presentation of these papers or the contentions therein are not frivolous as defined in Subsection (c) of Section 130-1.1 of the Rules of the Chief Administrative Judge (22 NYCRR).
3. I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Executed on December 1, 2014

By: _/s/ William Timmons_
William Timmons, Esq.
25 Candee Avenue
Sayville, New York 11782
(631) 750-5980

Attorneys for Plaintiffs
TRANSCIENCE & YOLANDA VON BRAUNHUT