UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x
:
TRANSCIENCE CORPORATION &  :
YOLANDA VON BRAUNHUT (individual) :
               Plaintiffs  :   Index No.:   13 CV 6642
:
    -against-  :
:   **2nd AMENDED COMPLAINT**
:
BIG TIME TOYS, LLC  :
               Defendant.  :
_____ x

## CERTIFICATE OF SERVICE

     I hereby certify that on December 2, 2014, I caused a true and correct copy of the Rule **7.1 STATEMENT** and the **2nd AMENDED COMPLAINT** and accompanying materials to be posted on the electronic filing system (ECF) of the United States District Court for the Southern District of New York (SDNY) and emailed to caseopenings@nysd.uscourts.gov respectively.


Respectfully Submitted,

By:

*s/William Timmons*
William Timmons, Esq.
25 Candee Avenue
Sayville, New York 11782
 (631) 750-5980

Attorneys for Plaintiffs
TRANSCIENCE CORPORATION &
YOLANDA VON BRAUNHUT   :

Dated:  December 2, 2014