# EXHIBIT A

# EXHIBIT B

# EXHIBIT C

# EXHIBIT D

# EXHIBIT E

# EXHIBIT F

# EXHIBIT G

# EXHIBIT I

# EXHIBIT J

# EXHIBIT K

# EXHIBIT L

# EXHIBIT M

# EXHIBIT N

# EXHIBIT O

# EXHIBIT P

# EXHIBIT Q

# EXHIBIT R