# SICHENZIA ROSS FRIEDMAN FERENCE LLP
### ATTORNEYS AT LAW

January 18, 2013

*Via Facsimile and Federal Express*

Big Time Toys, LLC
708 Berry Road
Nashville, TN 37204
Attention: Garry Barber, President

> Re: Purchase Agreement and Amendment to License Agreement Between Big Time Toys, LLC and Transcience Corporation and <u>Yolanda von Braunhut, dated as of May 1, 2009 (the "Agreement")</u>

Dear Mr. Barber:

     As you know, this firm represents Transcience Corporation ("Transcience") and Yolanda von Braunhut ("YvB") in connection with the Agreement.  I write with respect to the Notice of Default, dated December 20, 2012, served by my firm upon Big Time Toys, LLC ("BTT"), as a result of BTT's default in its obligation make the payment due December 10, 2012 (and thereafter) pursuant to the Agreement, and BTT's failure to cure said default on or before January 7, 2013.

     Please be advised that, pursuant to Section 2.4(a) of the Agreement, Transcience and YvB hereby declare the Agreement and the License Agreement' made as of June 26, 2007 (the "License Agreement") are null and void and of no further force of effect.  Please be further advised that, pursuant to Section 2.4(a)(iii), Transcience and YvB hereby direct the Escrow Holder (as defined in the Agreement) to return to Transcience and YvB all property (tangible, intangible, personal, intellectual and other), bills of sale, assignments and UCC financing statements and other documents and instruments, and the Trade Secrets held in escrow under the Agreement,  and further demand that BTT return to Transcience and YvB  any and all tooling owned by BTT for the production of the Licensed Products and/or Sea-Monkeys® Properties.[1]

     Additionally, pursuant to Section 2.4(a)(v), Transcience and YvB demand that BTT immediately cease selling, marketing or producing the Licensed Products and Sea-Monkeys® Properties, and hereby declares any and all rights granted to BTT under the Agreement  null and void.

---

[1] The term "Licensed Products" is defined at page 1 of the License Agreement.  The term "Sea-Monkeys® Properties" is defined in Section 1 of the Agreement.



61 BROADWAY | NEW YORK, NEW YORK 10006
T 212 930 9700 | F 212 930 9725 | WWW.SRFF.COM

Big Time Toys, LLC
January 18, 2013
Page **2** of **2**

      Please contact the undersigned immediately so that we may coordinate the orderly return of my clients' property and the smooth transition of the production, manufacture, sales and marketing of Sea-Monkeys® Properties from you to my clients. We look forward to hearing from you.

      Finally, this letter is without prejudice to, and shall not construed as a waiver of, any and all of Transcience and Yolanda von Braunhut's rights and remedies under the Agreement, the License Agreement, or otherwise, at law or in equity, all of which are expressly reserved.

                                   Very truly yours,

                                   Christopher P. Milazzo

cc:    Jeffrey Kramer, Esq. (via email only)