

http://www.bigtimetoys.com/ 9/10/2013