Big Time Toys.



**Toys   Partners   Company   Contact**

**Contact Us**

**Big Time Toys, LLC**
708 Berry Road
Nashville, TN 37204

800-419-3810
Bob.Wardell@bigtimetoys.com

**CLICK HERE for Employment Opportunities**

**Moon Shoes Replacement Rubber Bands**
U.S. customers can send a check for $7 to Big Time Toys at the above address ($15 for Canadian customers) for a pack of 50 replacement rubber bands.

**CPSIA Codes**

http://www.bigtimetoys.com/                         9/10/2013