Big Time Toys. Page 1 of 1

| Toys | Partners | | Company | Contact |

### The Amazing Live Sea-Monkeys®

The World's Only Instant Pets!®

Like us on Facebook!

Return to Toy Gallery