William Timmons, Esq.
• **Attorney at Law** •
25 Candee Avenue
Sayville, New York 11782
otzotzo@aol.com
(631) 750-5980

November 19, 2013

DeCotiis, FitzPatrick & Cole, LLP
ATTN: Jeffrey G. Kramer, Esq.
Glenpointe Centre West
500 Frank W. Burr Boulevard
Teaneck, NJ 07666
(201) 907-5234

COPY TO:
Big Time Toys, LLC
ATTN: Sam Harwell & Jamie O'Rourke
708 Berry Road
Nashville, TN 37204

    Re: **SEA- MONKEYS® trademark license**

Dear Mr. Kramer,

    As you know, I have been retained by the Transcience Corporation ("*Transcience*") with regard to issues connected to its trademarked **Sea-Monkeys®** intellectual property.

    Please let it be known by your client, Big Time Toys, LLC (**BTT**), that *Transcience* has been contacted by potential licensees of the **Sea-Monkeys®** product in exploration of forming mutually beneficial contractual relationships of significant monetary value.

    *Transcience* is hopeful that any loose ends between **BTT** and itself will be resolved in such a way so as to NOT interfere with what is anticipated to be a series of jointly lucrative and mutually beneficial contractual relationships.

    If there are any questions or concerns please do not hesitate to contact me.

                                                 Sincerely,

                                               William Timmons, Esq.