UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

TRANSCIENCE CORPORATION &
YOLANDA VON BRAUNHUT (individual)
                Plaintiffs

      -against-

BIG TIME TOYS, LLC
                Defendant.
-------------------------------------x

Case No.   13 CV 6642

**Rule 7.1 Statement**

    Pursuant to Federal Rule of Civil procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____Transcience Corporation_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates, and /or subsidiaries of said party, which are publically held:

None.

**Date:**   November 25, 2013

_[signature]_
**Signature of Attorney**

**Attorney Bar Code:**   4539334