UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TRANSCIENCE CORPORATION and : 
YOLANDA VONBRAUNHUT, :
: Civil Action No. 13 CV 6642
                Plaintiffs, :
:
        - v. - : **NOTICE OF MOTION**
:
BIG TIME TOYS, LLC, :
:
                Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     PLEASE TAKE NOTICE that Defendant Big Time Toys, LLC, by their undersigned counsel, will move this Court before the Honorable Edgardo Ramos, United States District Judge, at the United States District Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an Order, pursuant to Rules 12(b) and 15(a) of the Federal Rules of Civil Procedure, dismissing the claims of Plaintiff Transcience Corporation and granting BTT leave to amend its Answer to assert additional counterclaims.

     PLEASE TAKE FURTHER NOTICE that in support of this motion, the undersigned shall rely upon the accompanying Memorandum of Law and the Declaration of Anthony J. Laura, dated April 13, 2016.

     PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Order (ECF Doc. 133), responses are due by April 27, 2016, and the reply, if any, is due by May 11, 2016.

Dated: April 13, 2016                      **EPSTEIN BECKER & GREEN, P.C.**

                                                  /s/ *Anthony J. Laura*
                                                  Anthony J. Laura
                                                  Jeffrey G. Kramer *(pro hac vice)*
                                                  One Gateway Center, 13th Floor
                                                  Newark, NJ 07102
                                                  973-642-1900
                                                  alaura@ebglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.  I certify under penalty of perjury that the foregoing is true and correct, this 13th day of April, 2016.

/s/ *Anthony J. Laura*