UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

TRANSCIENCE CORPORATION &
YOLANDA VON BRAUNHUT (individual)
                           Plaintiffs

        -against-

BIG TIME TOYS, LLC
                           Defendant.

Index No.: 13 CV 6642

Declaration of William Timmons

------------------------------------------------------------x

STATE OF NEW YORK    )
                                ) s.s:
COUNTY OF SUFFOLK  )

      I, WILLIAM TIMMONS, an attorney admitted to practice in the State of New York, under penalty of perjury, hereby declare:

1. I am a member of the Bar of this Court and am the attorney of record of Plaintiffs Transcience Corporation & Yolanda von Braunhut.

2. I submit this affidavit in support of the Memorandum of Points and Authorities in opposition to Defendant's motion to amend its Answer and in qualified support of the motion to dismiss one of the Plaintiffs in the action.

3. I make this declaration based upon personal knowledge.

4. Attached hereto as Exhibits A thru F are exhibits detailing information obtained from the website maintained by the United States Patent and Trademark Office (**USPTO**).

5. Attached hereto as Exhibit G is an Affidavit of Yolanda von Braunhut.

Dated: May 9th 2016

                                                William Timmons, Esq.

Sworn to and subscribed before me this
9th day of May 2016

_____
Notary Public

BARBARA BONVENTRE
Notary Public, State of New York
No. 01BO6047622
Qualified in Suffolk County
Commission Expires Sept. 5, 20 18