# EXHIBIT A

"SEA-MONKEYS"

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=72161791



Assignments on the Web > Trademark Query

Trademark Assignment Abstract of Title
Total Assignments: 6

Serial #: 72161791   Filing Dt: 01/31/1963   Reg #: 769332   Reg. Dt: 05/12/1964
Registrant: Honey Toy Industries, Inc.
Mark: "SEA-MONKEYS"

Assignment: 1
Reel/Frame: 0655/0861   Recorded: 06/23/1989   Pages: 0
Conveyance: ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
Assignor:                                                  Exec Dt: 06/20/1989
    TRANSCIENCE CORPORATION          Entity Type: CORPORATION
                                     Citizenship: NEW YORK

Assignee: VON BRAUNHUT, HAROLD
    P.O. BOX 809                     Entity Type: UNKNOWN
    BRYANS RD.                       Citizenship: NONE
    MARYLAND 20616

Correspondent: GOODMAN & TEITELBAUM
    STE. 1400, 26 COURT STREET
    BROOKLYN, NY 11242

Assignment: 2
Reel/Frame: 5762/0014   Recorded: 03/30/2016   Pages: 18
Conveyance: ASSIGNS THE ENTIRE INTEREST
Assignor:                                                  Exec Dt: 10/14/2000
    VON BRAUNHUT, HAROLD             Entity Type: INDIVIDUAL
                                     Citizenship: UNITED STATES

Assignee: HAROLD & YOLANDA
    Composed of:
        • HAROLD VON BRAUNHUT, UNITED
          STATES, INDIVIDUAL
        • YOLANDA VON BRAUNHUT, UNITED   Entity Type: PARTNERSHIP
          STATES, INDIVIDUAL              Citizenship: MARYLAND

    6200 CHAPMANS LANDING ROAD
    INDIAN HEAD, MARYLAND USA 20640-
    3040

2016 5-2

Page 1 of 3

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=72161791

Correspondent: WILLIAM TIMMONS
25 CANDEE AVENUE
SAYVILLE, NY 11782

Assignment: 3
Reel/Frame: 5761/0967    Recorded: 03/30/2016    Pages: 18
Conveyance: ASSIGNS THE ENTIRE INTEREST
Assignor:
   HAROLD & YOLANDA
   Exec Dt: 11/28/2003
   Entity Type: PARTNERSHIP
   Citizenship: MARYLAND

Assignee: VON BRAUNHUT, YOLANDA
6200 CHAPMANS LANDING ROAD
INDIAN HEAD, MARYLAND USA 20640-3040
Entity Type: INDIVIDUAL
Citizenship: UNITED STATES

Correspondent: WILLIAM TIMMONS
25 CANDEE AVENUE
SAYVILLE, NY 11782

Assignment: 4
Reel/Frame: 4136/0736    Recorded: 01/25/2010    Pages: 4
Conveyance: ASSIGNS THE ENTIRE INTEREST
Assignor:
   VON BRAUNHUT, HAROLD
   Exec Dt: 12/15/2009
   Entity Type: INDIVIDUAL
   Citizenship: UNITED STATES

Assignee: TRANSCIENCE CORPORATION
6200 CHAPMANS LANDING RD
MONTROSE FARM
INDIAN HEAD, MARYLAND 20640
Entity Type: CORPORATION
Citizenship: MARYLAND

Correspondent: RENEE L. DUFF
LACKENBACH SIEGEL LLP
ONE CHASE ROAD
SCARSDALE, NY 10583

Assignment: 5
Reel/Frame: 4219/0545    Recorded: 06/04/2010    Pages: 18
Conveyance: SECURITY AGREEMENT
Assignor:
   TRANSCIENCE CORPORATION
   Exec Dt: 05/25/2010
   Entity Type: CORPORATION
   Citizenship: MARYLAND

Assignee: BIG TIME TOYS, LLC
Entity Type: LLC

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=72161791

708 BERRY ROAD  
NASHVILLE, TENNESSEE 37204  
Citizenship: TENNESSEE

Correspondent: JEFFREY G. KRAMER, ESQ.  
DECOTIIS, FITZPATRICK & COLE, LLP  
500 FRANK W. BURR BLVD.  
TEANECK, NJ 07666

Assignment: 6

Reel/Frame: 0240/0095   Recorded: 08/03/1973   Pages: 1

Conveyance: ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

Assignor:  
HONEY TOY INDUSTRIES, INC.  
Exec Dt: 00/00/0000  
Entity Type: UNKNOWN  
Citizenship: NONE

Assignee: TRANSCIENCE CORPORATION  
200 FIFTH AVE.  
NEW YORK, NEW YORK  
Entity Type: CORPORATION  
Citizenship: NEW YORK

Correspondent: FRIEDMAN & GOODMAN  
26 COURT ST.  
BROOKLYN, NY 11242

Search Results as of: 05/02/2016 04:51 PM  
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5  
Web interface last modified: July 25, 2014 v.2.5

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# EXHIBIT B

OCEAN-ZOO

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=76137530



Assignments on the Web > Trademark Query

Trademark Assignment Abstract of Title
Total Assignments: 4
    Serial #: 76137530    Filing Dt: 09/29/2000    Reg #: 2509518    Reg. Dt: 11/20/2001
    Registrant: BRAUNHUT, HAROLD VON
    Mark: OCEAN-ZOO

Assignment: 1
    Reel/Frame: 5762/0014    Recorded: 03/30/2016    Pages: 18
    Conveyance: ASSIGNS THE ENTIRE INTEREST
    Assignor:
        VON BRAUNHUT, HAROLD    Exec Dt: 10/14/2000
            Entity Type: INDIVIDUAL
            Citizenship: UNITED STATES
    Assignee: HAROLD & YOLANDA
        Composed of:
- HAROLD VON BRAUNHUT, UNITED STATES, INDIVIDUAL
- YOLANDA VON BRAUNHUT, UNITED STATES, INDIVIDUAL

        Entity Type: PARTNERSHIP
        Citizenship: MARYLAND

        6200 CHAPMANS LANDING ROAD
        INDIAN HEAD, MARYLAND USA 20640-3040

    Correspondent: WILLIAM TIMMONS
        25 CANDEE AVENUE
        SAYVILLE, NY 11782

Assignment: 2
    Reel/Frame: 5761/0967    Recorded: 03/30/2016    Pages: 18
    Conveyance: ASSIGNS THE ENTIRE INTEREST
    Assignor:
        HAROLD & YOLANDA    Exec Dt: 11/28/2003
            Entity Type: PARTNERSHIP
            Citizenship: MARYLAND
    Assignee: VON BRAUNHUT, YOLANDA
        6200 CHAPMANS LANDING ROAD    Entity Type: INDIVIDUAL
        INDIAN HEAD, MARYLAND USA 20640-3040    Citizenship: UNITED STATES
    Correspondent: WILLIAM TIMMONS

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=76137530

25 CANDEE AVENUE
SAYVILLE, NY 11782

**Assignment: 3**

Reel/Frame: 4136/0736  Recorded: 01/25/2010  Pages: 4

Conveyance: ASSIGNS THE ENTIRE INTEREST

Assignor:
VON BRAUNHUT, HAROLD
Exec Dt: 12/15/2009
Entity Type: INDIVIDUAL
Citizenship: UNITED STATES

Assignee: TRANSCIENCE CORPORATION
6200 CHAPMANS LANDING RD
MONTROSE FARM
INDIAN HEAD, MARYLAND 20640
Entity Type: CORPORATION
Citizenship: MARYLAND

Correspondent: RENEE L. DUFF
LACKENBACH SIEGEL LLP
ONE CHASE ROAD
SCARSDALE, NY 10583

**Assignment: 4**

Reel/Frame: 4219/0545  Recorded: 06/04/2010  Pages: 18

Conveyance: SECURITY AGREEMENT

Assignor:
TRANSCIENCE CORPORATION
Exec Dt: 05/25/2010
Entity Type: CORPORATION
Citizenship: MARYLAND

Assignee: BIG TIME TOYS, LLC
708 BERRY ROAD
NASHVILLE, TENNESSEE 37204
Entity Type: LLC
Citizenship: TENNESSEE

Correspondent: JEFFREY G. KRAMER, ESQ.
DECOTIIS, FITZPATRICK & COLE, LLP
500 FRANK W. BURR BLVD.
TEANECK, NJ 07666

Search Results as of: 05/02/2016 07:30 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# EXHIBIT C

HATCHED EGG DESIGN

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=72161790



Assignments on the Web > Trademark Query

Trademark Assignment Abstract of Title
Total Assignments: 6

    Serial #: 72161790    Filing Dt: 01/31/1963    Reg #: 769331    Reg. Dt: 05/12/1964
    Registrant: Honey Toy Industries, Inc.
    Mark:

Assignment: 1
    Reel/Frame: 0655/0863    Recorded: 06/23/1989    Pages: 0
    Conveyance: ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
    Assignor:
        TRANSCIENCE CORPORATION
        Exec Dt: 06/20/1989
        Entity Type: CORPORATION
        Citizenship: NEW YORK

    Assignee: VON BRAUNHUT, HAROLD
        P.O. BOX 809
        BRYANS RD.
        MARYLAND 20616
        Entity Type: UNKNOWN
        Citizenship: NONE

    Correspondent: GOODMAN & TEITELBAUM
        STE. 1400
        26 COURT STREET
        BROOKLYN, NY 11242

Assignment: 2
    Reel/Frame: 5762/0014    Recorded: 03/30/2016    Pages: 18
    Conveyance: ASSIGNS THE ENTIRE INTEREST
    Assignor:
        VON BRAUNHUT, HAROLD
        Exec Dt: 10/14/2000
        Entity Type: INDIVIDUAL
        Citizenship: UNITED STATES

    Assignee: HAROLD & YOLANDA
    Composed of:
- HAROLD VON BRAUNHUT, UNITED STATES, INDIVIDUAL
- YOLANDA VON BRAUNHUT, UNITED STATES, INDIVIDUAL

    Entity Type: PARTNERSHIP
    Citizenship: MARYLAND

    6200 CHAPMANS LANDING ROAD
    INDIAN HEAD, MARYLAND USA 20640-3040

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=72161790

Correspondent: WILLIAM TIMMONS
25 CANDEE AVENUE
SAYVILLE, NY 11782

Assignment: 3

Reel/Frame: 5761/0967   Recorded: 03/30/2016   Pages: 18
Conveyance: ASSIGNS THE ENTIRE INTEREST
Assignor:
  HAROLD & YOLANDA
  Exec Dt: 11/28/2003
  Entity Type: PARTNERSHIP
  Citizenship: MARYLAND

Assignee: VON BRAUNHUT, YOLANDA
6200 CHAPMANS LANDING ROAD
INDIAN HEAD, MARYLAND USA 20640-3040
  Entity Type: INDIVIDUAL
  Citizenship: UNITED STATES

Correspondent: WILLIAM TIMMONS
25 CANDEE AVENUE
SAYVILLE, NY 11782

Assignment: 4

Reel/Frame: 4136/0736   Recorded: 01/25/2010   Pages: 4
Conveyance: ASSIGNS THE ENTIRE INTEREST
Assignor:
  VON BRAUNHUT, HAROLD
  Exec Dt: 12/15/2009
  Entity Type: INDIVIDUAL
  Citizenship: UNITED STATES

Assignee: TRANSCIENCE CORPORATION
6200 CHAPMANS LANDING RD
MONTROSE FARM
INDIAN HEAD, MARYLAND 20640
  Entity Type: CORPORATION
  Citizenship: MARYLAND

Correspondent: RENEE L. DUFF
LACKENBACH SIEGEL LLP
ONE CHASE ROAD
SCARSDALE, NY 10583

Assignment: 5

Reel/Frame: 4219/0545   Recorded: 06/04/2010   Pages: 18
Conveyance: SECURITY AGREEMENT
Assignor:
  TRANSCIENCE CORPORATION
  Exec Dt: 05/25/2010
  Entity Type: CORPORATION
  Citizenship: MARYLAND

Assignee: BIG TIME TOYS, LLC
708 BERRY ROAD
  Entity Type: LLC
  Citizenship: TENNESSEE

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=72161790

NASHVILLE, TENNESSEE 37204
Correspondent: JEFFREY G. KRAMER, ESQ.
DECOTIIS, FITZPATRICK & COLE, LLP
500 FRANK W. BURR BLVD.
TEANECK, NJ 07666

Assignment: 6

Reel/Frame: 0240/0095          Recorded: 08/03/1973          Pages: 1
Conveyance: ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
Assignor:                                           Exec Dt: 00/00/0000
HONEY TOY INDUSTRIES, INC.            Entity Type: UNKNOWN
                                                    Citizenship: NONE

Assignee: TRANSCIENCE CORPORATION
200 FIFTH AVE.                              Entity Type: CORPORATION
NEW YORK, NEW YORK              Citizenship: NEW YORK

Correspondent: FRIEDMAN & GOODMAN
26 COURT ST.
BROOKLYN, NY 11242

Search Results as of: 05/02/2016 07:38 PM
If you have any comments or questions concerning the data displayed, contact PRD /
Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# EXHIBIT D

INSTANT LIFE

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=72161789



Assignments on the Web > Trademark Query

Trademark Assignment Abstract of Title
Total Assignments: 4

Serial #: 72161789    Filing Dt: 01/31/1963    Reg #: 769330    Reg. Dt: 05/12/1964
Registrant: Honey Toy Industries, Inc.
Mark: INSTANT LIFE

Assignment: 1
Reel/Frame: 5761/0877    Recorded: 03/30/2016    Pages: 19
Conveyance: ASSIGNS THE ENTIRE INTEREST
Assignor:
   TRANSCIENCE CORPORATION
   Exec Dt: 10/14/2000
   Entity Type: CORPORATION
   Citizenship: NEW YORK

Assignee: HAROLD & YOLANDA
Composed of:
- HAROLD VON BRAUNHUT, UNITED STATES, INDIVIDUAL
- YOLANDA VON BRAUNHUT, UNITED STATES, INDIVIDUAL

Entity Type: PARTNERSHIP
Citizenship: MARYLAND

6200 CHAPMANS LANDING ROAD
INDIAN HEAD, MARYLAND USA 20640-3040

Correspondent: WILLIAM TIMMONS
25 CANDEE AVENUE
SAYVILLE, NY 11782

Assignment: 2
Reel/Frame: 5761/0967    Recorded: 03/30/2016    Pages: 18
Conveyance: ASSIGNS THE ENTIRE INTEREST
Assignor:
   HAROLD & YOLANDA
   Exec Dt: 11/28/2003
   Entity Type: PARTNERSHIP
   Citizenship: MARYLAND

Assignee: VON BRAUNHUT, YOLANDA
6200 CHAPMANS LANDING ROAD
INDIAN HEAD, MARYLAND USA 20640-3040

Entity Type: INDIVIDUAL
Citizenship: UNITED STATES

Correspondent: WILLIAM TIMMONS

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=72161789

25 CANDEE AVENUE
SAYVILLE, NY 11782

**Assignment: 3**

Reel/Frame: 4219/0545       Recorded: 06/04/2010       Pages: 18
Conveyance: SECURITY AGREEMENT
Assignor:
    TRANSCIENCE CORPORATION
    Exec Dt: 05/25/2010
    Entity Type: CORPORATION
    Citizenship: MARYLAND

Assignee: BIG TIME TOYS, LLC
708 BERRY ROAD
NASHVILLE, TENNESSEE 37204
Entity Type: LLC
Citizenship: TENNESSEE

Correspondent: JEFFREY G. KRAMER, ESQ.
DECOTIIS, FITZPATRICK & COLE, LLP
500 FRANK W. BURR BLVD.
TEANECK, NJ 07666

**Assignment: 4**

Reel/Frame: 0240/0095       Recorded: 08/03/1973       Pages: 1
Conveyance: ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
Assignor:
    HONEY TOY INDUSTRIES, INC.
    Exec Dt: 00/00/0000
    Entity Type: UNKNOWN
    Citizenship: NONE

Assignee: TRANSCIENCE CORPORATION
200 FIFTH AVE.
NEW YORK, NEW YORK
Entity Type: CORPORATION
Citizenship: NEW YORK

Correspondent: FRIEDMAN & GOODMAN
26 COURT ST.
BROOKLYN, NY 11242

Search Results as of: 05/02/2016 07:33 PM
If you have any comments or questions concerning the data displayed, contact PRD /
Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

# EXHIBIT E

INSTANT PETS

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=72456406



United States Patent and Trademark Office

Assignments on the Web > Trademark Query

**Trademark Assignment Abstract of Title**
Total Assignments: 3

Serial #: 72456406    Filing Dt: 05/03/1973    Reg #: 999873    Reg. Dt: 12/17/1974
Registrant: TRANSCIENCE CORPORATION
Mark: INSTANT PETS

**Assignment: 1**
Reel/Frame: 5761/0877    Recorded: 03/30/2016    Pages: 19
Conveyance: ASSIGNS THE ENTIRE INTEREST
Assignor:
  TRANSCIENCE CORPORATION    Exec Dt: 10/14/2000
                             Entity Type: CORPORATION
                             Citizenship: NEW YORK
Assignee: HAROLD & YOLANDA
  Composed of:
  - HAROLD VON BRAUNHUT, UNITED STATES, INDIVIDUAL
  - YOLANDA VON BRAUNHUT, UNITED STATES, INDIVIDUAL    Entity Type: PARTNERSHIP
                                                      Citizenship: MARYLAND
  6200 CHAPMANS LANDING ROAD
  INDIAN HEAD, MARYLAND USA 20640-3040
Correspondent: WILLIAM TIMMONS
  25 CANDEE AVENUE
  SAYVILLE, NY 11782

**Assignment: 2**
Reel/Frame: 5761/0967    Recorded: 03/30/2016    Pages: 18
Conveyance: ASSIGNS THE ENTIRE INTEREST
Assignor:
  HAROLD & YOLANDA    Exec Dt: 11/28/2003
                     Entity Type: PARTNERSHIP
                     Citizenship: MARYLAND
Assignee: VON BRAUNHUT, YOLANDA
  6200 CHAPMANS LANDING ROAD    Entity Type: INDIVIDUAL
  INDIAN HEAD, MARYLAND USA 20640-3040    Citizenship: UNITED STATES
Correspondent: WILLIAM TIMMONS

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=72456406

        25 CANDEE AVENUE
        SAYVILLE, NY 11782

Assignment: 3

   Reel/Frame: 4219/0545      Recorded: 06/04/2010      Pages: 18
   Conveyance: SECURITY AGREEMENT
     Assignor:
                                              Exec Dt: 05/25/2010
        TRANSCIENCE CORPORATION     Entity Type: CORPORATION
                                              Citizenship: MARYLAND
     Assignee: BIG TIME TOYS, LLC
              708 BERRY ROAD                 Entity Type: LLC
              NASHVILLE, TENNESSEE 37204  Citizenship: TENNESSEE
   Correspondent: JEFFREY G. KRAMER, ESQ.
                      DECOTIIS, FITZPATRICK & COLE, LLP
                      500 FRANK W. BURR BLVD.
                      TEANECK, NJ 07666

Search Results as of: 05/02/2016 07:34 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

# EXHIBIT F

SEA-MONKEYS

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=76136804



United States Patent and Trademark Office

Assignments on the Web > Trademark Query

Trademark Assignment Abstract of Title
Total Assignments: 4

Serial #: 76136804   Filing Dt: 09/28/2000   Reg #: 2485247   Reg. Dt: 09/04/2001
Registrant: BRAUNHUT, HAROLD VON
Mark: SEA-MONKEYS

Assignment: 1
Reel/Frame: 5761/0877   Recorded: 03/30/2016   Pages: 19
Conveyance: ASSIGNS THE ENTIRE INTEREST

Assignor:
   TRANSCIENCE CORPORATION
   Exec Dt: 10/14/2000
   Entity Type: CORPORATION
   Citizenship: NEW YORK

Assignee: HAROLD & YOLANDA
Composed of:
- HAROLD VON BRAUNHUT, UNITED STATES, INDIVIDUAL
- YOLANDA VON BRAUNHUT, UNITED STATES, INDIVIDUAL

Entity Type: PARTNERSHIP
Citizenship: MARYLAND

6200 CHAPMANS LANDING ROAD
INDIAN HEAD, MARYLAND USA 20640-3040

Correspondent: WILLIAM TIMMONS
25 CANDEE AVENUE
SAYVILLE, NY 11782

Assignment: 2
Reel/Frame: 5761/0967   Recorded: 03/30/2016   Pages: 18
Conveyance: ASSIGNS THE ENTIRE INTEREST

Assignor:
   HAROLD & YOLANDA
   Exec Dt: 11/28/2003
   Entity Type: PARTNERSHIP
   Citizenship: MARYLAND

Assignee: VON BRAUNHUT, YOLANDA
6200 CHAPMANS LANDING ROAD
INDIAN HEAD, MARYLAND USA 20640-3040

Entity Type: INDIVIDUAL
Citizenship: UNITED STATES

2016 5-2

Page 1 of 2

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=76136804

Correspondent: WILLIAM TIMMONS
25 CANDEE AVENUE
SAYVILLE, NY 11782

Assignment: 3
Reel/Frame: 4136/0736   Recorded: 01/25/2010   Pages: 4
Conveyance: ASSIGNS THE ENTIRE INTEREST
Assignor:
   VON BRAUNHUT, HAROLD
   Exec Dt: 12/15/2009
   Entity Type: INDIVIDUAL
   Citizenship: UNITED STATES

Assignee: TRANSCIENCE CORPORATION
6200 CHAPMANS LANDING RD
MONTROSE FARM
INDIAN HEAD, MARYLAND 20640
Entity Type: CORPORATION
Citizenship: MARYLAND

Correspondent: RENEE L. DUFF
LACKENBACH SIEGEL LLP
ONE CHASE ROAD
SCARSDALE, NY 10583

Assignment: 4
Reel/Frame: 4219/0545   Recorded: 06/04/2010   Pages: 18
Conveyance: SECURITY AGREEMENT
Assignor:
   TRANSCIENCE CORPORATION
   Exec Dt: 05/25/2010
   Entity Type: CORPORATION
   Citizenship: MARYLAND

Assignee: BIG TIME TOYS, LLC
708 BERRY ROAD
NASHVILLE, TENNESSEE 37204
Entity Type: LLC
Citizenship: TENNESSEE

Correspondent: JEFFREY G. KRAMER, ESQ.
DECOTIIS, FITZPATRICK & COLE, LLP
500 FRANK W. BURR BLVD.
TEANECK, NJ 07666

Search Results as of: 05/02/2016 07:32 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT