UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
TRANSCIENCE *et al*
                Plaintiffs

-versus-

BIG TIME TOYS, LLC
                Defendant
------------------------------------------------x

Index No.: 13-cv-6642 (ER)

**Plaintiff's Revised Verdict Sheet**

------------------------------------------------x
BIG TIME TOYS, LLC
                Plaintiffs

-versus-

TRANSCIENCE *et al*
                Defendant
------------------------------------------------x

**PLAINTIFF'S RESPONSE VERDCIT SHEET**

Plaintiff Yolanda von Braunhut hereby responds to Defendant's proposed verdict sheet and submits to the Court this revised version of Plaintiff's Proposed Verdict Sheet.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x
:
TRANSCIENCE *et al* :
              Plaintiffs :    Index No.:   13-cv-6642 (ER)
:
    -versus- :
:    **Plaintiff's Revised Verdict Sheet**
BIG TIME TOYS, LLC :
              Defendant :
_____ x
_____x
:
BIG TIME TOYS, LLC :
              Plaintiffs :
:
    -versus- :
:
TRANSCIENCE *et al* :
             Defendant :
_____ x

## PLAINTIFF'S REVISED VERDICT SHEET

**1)** Do you find you find the plaintiff has proven by a preponderance of the evidence that the contract between the parties did NOT apply the money paid by the defendant to the plaintiff for the purchase of Sea-Monkeys® pouches to the Initial Purchase Price?

    Yes _____ No _____

    If you answered "No" proceed to Question 5.
    If you answered "Yes" proceed to the next question.

**2)** Do you find you find the plaintiff has proven by a preponderance of the evidence that the contract between the parties was terminated in accordance with the terms of the contract between the parties?

    Yes _____ No _____

    If you answered "No" proceed to Question 5.
    If you answered "Yes" proceed to the next question.

3) Do you find the plaintiff has proven by a preponderance of the evidence that the defendant infringed upon the plaintiff's trademarks relating to the Sea-Monkeys® name brand?

   Yes _____ No _____

   If you answered "No" proceed to Question 4.
   If you answered "Yes" proceed to Question 8.

4) Do you find the plaintiff has proven by a preponderance of the evidence that the defendant was unjustly enriched at the expense of the plaintiff?

   Yes _____ No _____

   If you answered "No" you are to STOP here.
   If you answered "Yes" proceed to Question 8.

5) Do you find the defendant has proven by a preponderance of the evidence that the plaintiff did not perform her contractual obligations in such a way that she has breached the agreement between the parties?

   Yes _____ No _____

   If you answered "No" you are to STOP here.
   If you answered "Yes" proceed to Question 6.

6) Do you find the defendant has proven by a preponderance of the evidence that the defendant was actually damaged by the actions of the plaintiffs?

   Yes _____ No _____

   If you answered "No" then you may award defendant up to $1 in nominal damages by filling in the amount here: $ _____ then STOP here. If you answered "Yes" proceed to Question 7.

7) How much do you award the defendant in compensatory damages?

   $ _____

   You are to STOP here.

8) Do you find the plaintiff has proven by a preponderance of the evidence that the plaintiff was actually damaged by the defendant's actions?

   Yes _____ No _____

   If you answered "No," then you may award plaintiff up to $1 in nominal damages by filling in the amount here: $ _____ then STOP here. If you answered "Yes," proceed to Question 9.

9) How much do you award the plaintiffs in compensatory damages?

   $ _____

   Proceed to Question 10.

10) Do you find the plaintiff has proven the defendant acted maliciously and/or recklessly and/or willfully with respect to plaintiff's Sea-Monkeys® name brand trademarks?

    Yes _____ No _____

    If you answered "No," you are to STOP here. If you answered "Yes," proceed to Question 11.

11) How much, if anything, do you award the plaintiff in punitive damages?

    $ _____

Dated: May _____, 2017
**Manhattan, New York**


_____
**FOREPERSON**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x
:
TRANSCIENCE *et al* :
              Plaintiffs :      Index No.:   13-cv-6642 (ER)
:
    -versus- :
:      **Plaintiff's Revised Verdict Sheet**
BIG TIME TOYS, LLC :
              Defendant :
_____ x
_____ x
:
BIG TIME TOYS, LLC :
              Plaintiffs :
:
    -versus- :
:
TRANSCIENCE *et al* :
              Defendant :
_____ x

**CERTIFICATE OF SERVICE**

I hereby certify that on or about April 17th 2017, I caused a true and correct copy of the foregoing **Plaintiff's Revised Verdict Sheet** to be filed with the Clerk of the Court for Southern District of New York (**SDNY**) via the Electronic Case Filling (**ECF**) system of the **SDNY** thereby giving service of notice to:

Epstein Becker & Green, P.C.
ATTN: Sheila A. Woolson & Jeffrey G. Kramer (*pro hac vice*)
150 College Road West, Suite 301 | Princeton, NJ 08540
t 609.455.1540 | www.ebglaw.com
*Attorneys for BTT Big Time Toys, LLC*

By: *s/ William Timmons*
William Timmons, Esq.
25 Candee Avenue
Sayville, New York 11782
(631) 750-5980
*Attorneys for Transcience et al*

Dated: April 17th 2017