```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

YOLANDA VON BRAUNHUT, individual,

            Plaintiff,

        v.                              13 Civ. 642 ER RLE

BIG TIME TOYS, LLC,

            Defendant.

------------------------------x
                                        February 2, 2017
                                        10:42 a.m.



Before:

                HON. EDGARDO RAMOS,

                                        District Judge


                    APPEARANCES


WILLIAM TIMMONS,
    Attorney for plaintiff


EPSTEIN BECKER & GREEN, PC (NJ)
    Attorneys for defendant
BY: ANTHONY JOSEPH LAURA, Esq.
    JEFFREY GREY KRAMER, Esq.
            Of counsel
```

1              (In open court)

2              (Case called)

3              THE COURT:  Good morning, everyone.  Please be seated.

4         This matter is on for a status conference.  Discovery
5    has been closed now for some time.  There was a motion granted
6    to allow for the amendment of the complaint and counterclaims.
7    So where are we?  Are we here to set down a trial date?

8              MR. TIMMONS:  Yes, we are, your Honor.

9              THE COURT:  So let's talk about -- Mr. Laura, you
10   agree?

11             MR. LAURA:  Your Honor, I would like to -- we have
12   spoken to an expert to opine on our counterclaim's value, which
13   is the difference between the trademarks as registered and as
14   unregistered, which is the essence of our damage in the amended
15   counterclaim.  We would like to offer that expert report and
16   any deposition of that expert that might be warranted, and then
17   we would be ready for trial.

18             THE COURT:  Mr. Timmons.

19             MR. TIMMONS:  Well, I would like to say --

20             THE COURT:  You can remain seated, by the way, if
21   you're more comfortable.

22             MR. TIMMONS:  I think I am.

23             THE COURT:  Just bring the microphone closer so we can
24   hear you.

25             MR. TIMMONS:  Thank you.

1              First I would like to wish the court and all those
2     present a Happy Groundhog's Day.
3              THE COURT:  The same to you.
4              MR. TIMMONS:  Groundhog's Day being the mid-point of
5     winter, the same was as Halloween is midday of autumn, and May
6     Day is the mid-point of spring.  Happy Groundhog's Day,
7     mid-point of winter.
8              It has been a long time coming, but now we need to
9     move forward with selection of jury to resolve the issues
10    between the parties.  Yolanda is here today.  She is ready to
11    start as soon as this afternoon.  I know that is not possible,
12    but we are ready to go.
13             The See Monkey product upon which this action is
14    centered on continues to this very day to be counterfeited in
15    China by none other than Sam Horwell, CEO of Big Time Toys.
16    The counterfeit has damaged and continued to damage the name
17    brand.  The plaintiffs would like the court to know that
18    trademark renewals are coming due, that Yolanda is desperately
19    short on cash and that this case needs to be fast-tracked from
20    here on out.
21             To that end, I understand that there are pretrial
22    statements and jury instructions and motions in limine due.  I
23    would like for the court to set short deadlines for the
24    production of those.  If we are able to set a trial, I would at
25    least reserve some trial time today, I would like that to be

1    done separate and apart from whatever business that the

2    defendant wants to do with regards towards an expert report.

3            THE COURT:  Okay.

4            MR. TIMMONS:  In addition, I have talked about this

5    issue with Yolanda, and she has elected to forego the breach of

6    contract claim, leaving open only counts for trademark

7    infringement and for unjust enrichment as against the

8    defendant.  We would like the court's permission to remove that

9    count from the action.

10           THE COURT:  Any objection?

11           MR. LAURA:  Obviously not, no, your Honor.

12           THE COURT:  Then that that count will be dismissed.

13           MR. TIMMONS:  Thank you.

14           THE COURT:  Let me ask you, Mr. Laura, do you need --

15   it is your expert, correct?  You can remain seated, too, by the

16   way, if you wish.  Whatever makes you comfortable.

17           Why do you want him deposed?

18           MR. LAURA:  I assumed once we issued the report, the

19   plaintiff may want him deposed.  We would obviously offer that

20   up.  We think the court would require it.

21           THE COURT:  If he were to request it, but he wants to

22   move somewhat sooner.  I think it would be in the nature of an

23   economist?

24           MR. LAURA:  Actually, an intellectual property

25   professor who will opine on the value of these trademarks as

1     registered and as not registered.
2             THE COURT:  So any litigation with respect to him can
3     be dealt with by way of in limine practice?
4             MR. LAURA:  Yes.
5             THE COURT:  Let me ask you folk, how long will this
6     case take to try?
7             MR. TIMMONS:  We anticipate it will be a Monday
8     through Friday affair at the maximum.  So figure Monday or
9     Tuesday for jury selection, and then just jump right into
10    opening.
11            THE COURT:  You figure Monday morning for jury
12    selection?
13            MR. TIMMONS:  Right.  Then by Friday we anticipate it
14    should be done if not before then.
15            THE COURT:  Okay.  Mr. Laura.
16            MR. LAURA:  We believe this can be tried in a week's
17    time as well.  I'd like to propose to the court and to the
18    plaintiff's counsel, we had a session with Judge Ellis probably
19    two years ago now on whether this case was settleable.
20            I would prefer -- and I know plaintiff's counsel has
21    advised us that money is very tight there -- our client would
22    prefer not to have to spend money on even the pretrial
23    submissions, if we can have a mediation session relatively
24    quickly with either a Southern District mediator at no cost to
25    the parties or a retired judge that we would be willing to pay

Case 1:13-cv-06642-ER-RLE   Document 201   Filed 04/20/17   Page 6 of 9    6
H22JVONC                         Conference

1   for a day's worth of mediation.  We would like to try to set a
2   mediation date before we all go through the expense of the
3   pretrial papers being prepared.
4           THE COURT:  Mr. Timmons, do you think that such an
5   exercise would be fruitful?
6           MR. TIMMONS:  With all due respect to defendant's
7   counsel, I believe that we have explored all settlement
8   options.  We were very open to anything, but they're not even
9   close towards what we think is a proper resolution of this
10  case, so we would respectfully decline any kind of attempt at
11  settlement at this posture, and we just want to get to the end
12  game here because time is of the essence.
13          Yolanda is now, the effect of this being severed from
14  her property is now really reeking havoc on her personal life
15  in a sense, so we need to get this set for trial as soon as
16  possible.
17          THE COURT:  I think I will confer with Ms. Rivera, but
18  there may be some availability in May or June of this year.  Do
19  we have a week?
20          THE CLERK:  May 1, Monday, May 1.
21          (Off-the-record discussion)
22          THE COURT:  Let's set it down for May 1 which, as you
23  know, is the midway point.
24          MR. TIMMONS:  It is May Day, may Day, mid-point of
25  spring.  It is a holiday in Europe, not so much in the states.

                     SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300

1        There is no mid-summer holiday, ironically.
2                 THE COURT:  Okay.
3                 MR. LAURA:  We have no objection to May 1 as of today.
4                 I likely will be unavailable, but I will confer with
5        one of my partners to see if she can try the case that week for
6        us.  In the event that both of us are unavailable on that date,
7        if there is a time before the end of May or the end of June, I
8        don't want to go beyond what everybody is anxious --
9                 THE COURT:  Obviously, this case has been sitting
10       around for a little bit, we'll want lawyers who are up to speed
11       on the facts and the procedural history.  Let's go with that
12       date.  If you encountered difficulties, contact Chambers and
13       we'll find another agreeable date.
14                Obviously, we'll schedule some things now, but we are
15       talking about an eight-person jury, correct?  Typically, that
16       is what I use for civil matters.
17                MR. TIMMONS:  What?
18                THE COURT:  An eight-person jury, eight people.
19                We will, working backwards from May 1, require the
20       parties on April 1 to submit proposed voir dire questions,
21       proposed jury instructions, proposed verdict sheet and any in
22       limine motions, and also submit the joint pretrial order in
23       accordance with my individual rules two weeks after that, so on
24       April 15, and that may be a weekend at this point.
25                THE CLERK:  April 1 is a Saturday.

1           THE COURT:  So the following Monday.
2           THE CLERK:  So April 3, and two weeks from April 3 is
3    April 17th.
4           THE COURT:  By April 17 the responses to the other
5    party's submissions, so opposition to motions in limine,
6    objections to voir dire questions, jury instructions, et
7    cetera, and we'll have a final pretrial hearing on the Thursday
8    prior to trial.
9           THE CLERK:  April 27th, at 3:00 p.m.
10          THE COURT:  So we'll have the final pretrial that
11   Thursday, at 3:00 p.m., and jury selection and trial to begin
12   Monday, May 1st.
13          MR. TIMMONS:  Excellent.
14          THE COURT:  Is there anything else we need to do
15   today, Mr. Timmons?
16          MR. TIMMONS:  I wanted to clarify voir dire, jury
17   instructions and pretrial statement.  Is there anything else
18   due on the 3rd?
19          THE COURT:  Proposed voir dire questions, proposed
20   verdict sheet, motions in limine and --
21          THE CLERK:  Joint proposed pretrial order?
22          THE COURT:  Joint pretrial order.
23          MR. TIMMONS:  Then you said it is an eight-person
24   jury?
25          THE COURT:  An eight-person jury, yes.

1           MR. TIMMONS:  No other objection.
2           8 but not 12?
3           THE COURT:  We can do 12, but we don't need 12.  We
4   can do two alternates.
5           MR. TIMMONS:  Can we have two alternates?
6           THE COURT:  Fine, we can have two alternates instead.
7           MR. LAURA:  Nothing else, your Honor.
8           THE COURT:  We are adjourned.
9           (Court adjourned)