

**EPSTEIN BECKER GREEN**

Attorneys at Law

Sheila Woolson
t 9736398268
f 9736398738
SWoolson@ebglaw.com

April 28, 2017

VIA ECF

Honorable Edgardo Ramos, U.S.D.J.
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10077

Re: Von Braunhut v. Big Time Toys, LLC
Civil Action No.: 13CV6642

Dear Judge Ramos:

On behalf of the parties, please accept this letter in follow-up/as confirmation of the voicemail I left this morning with Your Honor's chambers. The parties reached a final settlement of all issues last night that eliminates the need for the trial that was scheduled for Monday.

We thank the Court for its courtesy and consideration in bringing this matter to a conclusion. If Your Honor has any questions, please feel free to contact us.

Respectfully,

Sheila Woolson

cc: William Timmons, Esq. (via ECF)