❧❦❧
The Law Office of William Timmons, Esq.
25 Candee Avenue
Sayville, New York 11782
otzotzo@aol.com
(631) 750-5980

---

April 28th 2017

**Filed via ECF**:
Thurgood Marshall US Courthouse
ATTN:  Hon. Edgardo Ramos; US District Judge
40 Foley Square
New York, NY 10007
Fax: (212) 805-7943

  **Re:**  **<u>Yolanda von Braunhut v. Big Time Toys, LLC; #13-cv-6642;</u>**

Dear Judge Ramos,

 I am writing on behalf of Plaintiff Yolanda von Braunhut in affirmation of the letter filed earlier today via ECF by Ms. Woolson in proclamation of settlement of the above referenced matter.

 The trial set to begin Monday, May 1st (May Day!) may now accordingly be taken off your calendar.

 Thank you for jurisprudence with regard to these critical matters.

           Respectfully Submitted,


           <u>/s:/   *William Timmons*</u>
           William Timmons, Esq


**Copy sent via ECF to:**
Epstein Becker & Green, P.C.
ATTN:  Sheila A. Woolson & Jeffrey G. Kramer (*pro hac vice*)
One Gateway Center, 13th Floor
Newark, NJ  07102
Tel:  (973) 639-8268
swoolson@ebglaw.com
jkramer@ebglaw.com

*Attorneys for Defendant BTT Big Time Toys, LLC*